

**KENTUCKY COURT OF JUSTICE**

**18-CI-00531**

### SAWAF, ALI, ET AL VS. LEXINGTON FAYETTE URBAN COUNTY GOVERNM

**HARLAN CIRCUIT COURT**

Filed on **12/24/2018** as **PERSONAL INJURY** with **HON. KENT HENDRICKSON**

**\*\*\*\* NOT AN OFFICIAL COURT RECORD \*\*\*\***

### Parties
18-CI-00531

**ANY AND ALL OTHER UNKNOWN DEFENDANTS** as **DEFENDANT / RESPONDENT**

**Summons**
CIVIL SUMMONS issued on **12/24/2018** by way of **RETURNED TO ATTORNEY/PETITIONER**

**DOBRZYNSKI, BRAD** as **DEFENDANT / RESPONDENT**

**Address**
LEXINGTON FIRE DEPARTMENT, STATION 1
219 EAST 3RD STREET
LEXINGTON KY 40508

**Summons**
CIVIL SUMMONS issued on **12/24/2018** by way of **CERTIFIED MAIL**
CM# 7017 2400 0000 5474 3983SI GNED BY TRAVIS GILLIAM 1/4/19

**ESTATE OF MARK S. SAWAF** as **PLAINTIFF / PETITIONER**

**GREATHOUSE, MATT** as **DEFENDANT / RESPONDENT**

**Address**
LEXINGTON POLICE DEPARTMENT
150 EAST MAIN STREET
LEXINGTON KY 40508

**Summons**
CIVIL SUMMONS issued on **12/24/2018** by way of **CERTIFIED MAIL**
CM# 7017 2400 0000 5474 3990SI GNED BY JESSICA BAILEY 1/4/19

**LEXINGTON FAYETTE URBAN COUNTY GOVERNMENT** as **DEFENDANT / RESPONDENT**

**Memo**
serve: Hon. Janet M. Graham, Commissioner of Law at address listed above.

**Address**
200 EAST MAIN STREET, SIXTH FLOOR
LEXINGTON KY 40507

**Summons**
CIVIL SUMMONS issued on **12/24/2018** by way of **CERTIFIED MAIL**
CM# 7017 2400 0000 5474 3969

**ROBERTS, CLAYTON** as **DEFENDANT / RESPONDENT**

**Address**
LEXINGTON POLICE DEPARTMENT
150 EAST MAIN STREET
LEXINGTON KY 40508

**Summons**
CIVIL SUMMONS issued on **12/24/2018** by way of **CERTIFIED MAIL**
CM# 7017 2400 0000 5474 40003 SIGNED BY JESSICA BAILEY 1/4/19

**SAWAF, ALI** as **PLAINTIFF / PETITIONER**

**UNKNOWN EMPLOYEES OF THE LEXINGTON FAYETT** as **DEFENDANT / RESPONDENT**

**Memo**
serve: Hon. Janet M. Graham, Commissioner of Law at address listed above.

**Address**
200 EAST MAIN STREET, SIXTH FLOOR

200 EAST MAIN STREET, SIXTH FLOOR
LEXINGTON KY 40507

### Summons

**CIVIL SUMMONS** issued on **12/24/2018** by way of **CERTIFIED MAIL**
*CM#7017 2400 0000 5474 4010*

**ASHER, DOUGLAS EDWARD** as **ATTORNEY FOR PLAINTIFF**

### Address

ASHER LAW OFFICE
P.O. BOX 1466
HARLAN KY 40831

### Documents                                                                 18-CI-00531

**COMPLAINT / PETITION** filed on **12/24/2018**
*COMPLAINT*

**RECEIPT** filed on **12/26/2018**
*$344.10 PAID BY HON. DOUGLAS ASHER ON 12/26/18 RECEIPT NO. 21-000 0694-A*

### Images                                                                    18-CI-00531

**COMPLAINT / PETITION** filed on **12/24/2018**   *Page(s): 26*

**SUMMONS** filed on **12/24/2018**   *Page(s): 1*

**SUMMONS** filed on **12/24/2018**   *Page(s): 1*

**SUMMONS** filed on **12/24/2018**   *Page(s): 1*

**SUMMONS** filed on **12/24/2018**   *Page(s): 1*

**SUMMONS** filed on **12/24/2018**   *Page(s): 1*

**SUMMONS** filed on **12/24/2018**   *Page(s): 1*

**COURTESY FINANCIAL TRANSACTION REPORT** filed on **12/24/2018**   *Page(s): 1*

\*\*\*\* End of Case Number : 18-CI-00531 \*\*\*\*