**FILED ELECTRONICALLY**

**COMMONWEALTH OF KENTUCKY**
**HARLAN CIRCUIT COURT**
**DIVISION 2**
**CASE NO. 18-CI-00531**

**ALI SAWAF, Individually,**
**and as the Administrator of the**
**Estate of MARK S. SAWAF, Deceased**                                **PLAINTIFF**

V.                              **NOTICE OF REMOVAL**

**LEXINGTON-FAYETTE URBAN**
**COUNTY GOVERNMENT,**
**BRAD DOBRZYNSKI, individually,**
**MATT GREATHOUSE, individually,**
**CLAYTON ROBERTS, individually,**
**UNKNOWN EMPLOYEES OF THE LEXINGTON**
**FAYETTE URBAN COUNTY GOVERNMENT**
**DIVISION OF POLICE and**
**FIRE DEPARTMENTS/PUBLIC SAFETY, individually,**
**and ANY AND ALL OTHER UNKOWN DEFENDANTS**       **DEFENDANTS**

\*\*\*\*\*\*\*\*\*\*\*\*\*

Notice is hereby given that on January 24, 2019, the Defendants, LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT, BRAD DOBRZYNSKI, individually, MATT GREATHOUSE, individually, CLAYTON ROBERTS, individually, UNKNOWN EMPLOYEES OF THE LEXINGTON FAYETTE URBAN COUNTY GOVERNMENT DIVISION OF POLICE and FIRE DEPARTMENTS/PUBLIC SAFETY, individually, and ANY AND ALL OTHER UNKNOWN DEFENDANTS (collectively, the "Defendants"), by and through counsel, have filed a Notice of Removal (copy attached hereto) of this action to the United States District Court for the Eastern District of Kentucky, London Division, from the Scott Circuit Court, pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1441, 28 U.S.C. § 1446, *Bivens v. Six Unknown Named Federal Agents, 403 U.S. 388 (1971)* and 28 U.S.C. § 2671, et. seq., and hereby have

removed this action to the federal court. Pursuant to 28 U.S.C. § 1446(d), this state action shall proceed no further.

                                  Respectfully submitted,

                                  ___/s/*Charles D. Cole*_____
                                  CHARLES D. COLE
                                  L. SCOTT MILLER
                                  DERRICK T. WRIGHT
                                  STURGILL, TURNER, BARKER & MOLONEY, PLLC
                                  333 W. Vine Street, Suite 1500
                                  Lexington, KY 40507
                                  (859) 255-8581
                                  ccole@sturgillturner.com
                                  smiller@sturgillturner.com
                                  dwright@sturgillturner.com
                                  ATTORNEYS FOR DEFENDANT,
                                  BRAD DOBRZYNSKI, individually
                                            and
                                  BARBARA A. KRIZ
                                  KRIZ, JENKINS, PREWITT & JONES, P.S.C.
                                  200 West Vine Street, Suite 710
                                  P.O. Box 499
                                  Lexington, KY 40588
                                  Telephone: (859) 255-6885, Ext. 114
                                  bkriz@kjpjlaw.com
                                  ATTORNEYS FOR DEFENDANTS,
                                  LFUCG, MATT GREATHOUSE, individually AND
                                  CLAYTON ROBERTS, individually

**CERTIFICATE OF SERVICE**

       This is to certify that a true copy of the foregoing has been mailed this 24TH day of January, 2019, on the following:

    Douglas E. Asher II
    ASHER LAW OFFICE
    120 South First Street
    P.O. Box 1466
    Harlan, Kentucky 40831
    COUNSEL FOR PLAINTIFF

                                  ___/s/*Charles D. Cole*_____
                                  ATTORNEYS FOR DEFENDANT,
                                  BRAD DOBRZYNSKI

01062469.DOCX