# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### AT LONDON

| | |
|---|---|
| ALI SAWAF, *Individually, and as the Administrator of the Estate of* Mark S. Sawaf, | CIVIL ACTION NO. 6:19-20-KKC |
| **Plaintiff,** | |
| **V.** | **ORDER** |
| **LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT, BRAD DOBRZYNSKI, MATT GREATHOUSE, CLAYTON ROBERTS, UNKNOWN EMPLOYEES OF THE LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT DIVISION OF POLICE AND FIRE DEPARTMENT/PUBLIC SAFETY,** | |
| **Defendants.** | |

\*\*\* \*\*\* \*\*\*

Pursuant to the provisions of Title 28, U.S.C. § 455(a), the undersigned judge hereby **RECUSES** herself from service in the above-styled action. In accordance with the Case Assignment and Recusal Order of the Court entered June 28, 2018, the action shall be reassigned by random draw.

Dated January 25, 2019.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY