**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LONDON
CASE NO. 6:19-cv-00020-KKC**

*ELECTRONICALLY FILED*

**ALI SAWAF, Individually,**                                                                 **PLAINTIFF,**
**and as the Administrator of the**
**Estate of MARK S. SAWAF, Deceased**

**v.**       **Defendants', Lexington Fayette Urban County Government,
Matt Greathouse, Individually and Clayton Roberts, Individually,
Motion to Dismiss Pursuant to Fed. R. Civ. P 12**

**LEXINGTON-FAYETTE URBAN**                                          **DEFENDANTS.**
**COUNTY GOVERNMENT,**
**BRAD DOBRZYNSKI, Individually,**
**MATT GREATHOUSE, Individually,**
**CLAYTON ROBERTS, Individually; and**
**UNKNOWN DEFENDANTS**

***** ***** *****

Come the Defendants, the Lexington Fayette Urban County Government (hereinafter "LFUCG"), Matt Greathouse, individually and Clayton Roberts, individually, and hereby move the Court, pursuant to Fed. R. Civ. P. 12(b)(6), to DISMISS Plaintiff's Complaint as he has failed to state viable causes of action against these Defendants upon which relief may be granted and they are entitled to judgment as a matter of law. As grounds for this Motion for Dismissal, Defendants attach a Memorandum of Law hereto.

Wherefore, for the reasons outlined in Defendants' Memorandum of Law in support of their Motion to Dismiss, this Court is respectfully requested to DISMISS Plaintiff's Complaint against them.

Respectfully submitted,

**KRIZ, JENKINS, PREWITT & JONES, P.S.C.**
200 West Vine Street, Suite 710
P.O. Box 499
Lexington, KY 40588
Telephone: (859) 255-6885, Ext. 114
Facsimile: 859-253-9709
Email: bkriz@kjpjlaw.com

/s/Barbara A. Kriz
**BARBARA A. KRIZ**
*Counsel for Defendants, LFUCG,*
*Matt Greathouse and Clayton Roberts*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing pleading was served on the **31st** day of **January**, **2019**, using the CM/ECF system, to counsel of record named below:

Douglas E. Asher, II
Asher Law Office
P.O. Box 1466
Harlan, KY 40831
asherlaw39@yahoo.com
*Counsel for Plaintiff*

Charles D. Cole
L. Scott Miller
Sturgill, Turner, Barker & Moloney, PLLC
333 West Vine Street, Ste. 1500
Lexington, Kentucky 40507
ccole@sturgillturner.com
*Counsel for Defendant, Brad Dobrzynski*

/s/Barbara A. Kriz
BARBARA A. KRIZ
*Counsel for Defendants, LFUCG,*
*Matt Greathouse and Clayton Roberts*