| | |
|---|---|
| ALI SAWAF, Individually, and as the Administrator of the Estate of MARK S. SAWAF, Deceased | ) ) ) |
| Plaintiffs | ) |
| v. | ) ) |
| LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT; BRAD DOBRZYNSKI; MATT GREATHOUSE; CLAYTON ROBERTS; and UNKNOWN EMPLOYEES of the LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT DIVISION of POLICE and FIRE DEPARTMENT/PUBLIC SAFETY | ) ) ) ) ) ) ) ) ) |
| Defendants | ) |

### RULE 12(b)(1) MOTION TO DISMISS
### BY DEFENDANT BRAD DOBRZYNSKI

COMES NOW Defendant Captain Brad Dobrzynski, in his individual capacity, by and through counsel, pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure, and hereby respectfully moves this Court to dismiss the Plaintiffs' Complaint and all allegations contained in it in their entirety and with prejudice. A Memorandum is filed in support of this Motion and a proposed Order is simultaneously tendered herewith.

Respectfully submitted,

STURGILL, TURNER, BARKER
& MOLONEY, PLLC

/s/ Charles D. Cole
CHARLES D. COLE
DERRICK T. WRIGHT
L. SCOTT MILLER
333 West Vine Street, Suite 1500
Lexington, KY 40507
(859) 255-8581
ccole@sturgillturner.com
smiller@sturgillturner.com
ATTORNEYS FOR DEFENDANT,
BRAD DOBRZYNSKI

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and served on counsel of record via the CM/ECF system.

/s/ Charles D. Cole
ATTORNEY FOR DEFENDANT,
BRAD DOBRZYNSKI

x:\wdox\clients\65712\0001\pleading\01072976.docx