UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION AT LEXINGTON**

| | |
|---|---|
| ALI SAWAF, Individually and as Administrator of the Estate of Mark S. Sawaf, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>LEXINGTON-FAYETTE UBRAN COUNTY GOVERNMENT, et al.,<br><br>    Defendants. | Civil Action No.<br>5:17-cv-00405-JMH<br><br>**JUDGMENT** |

\*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\*

In keeping with the Court's Orders of today's date, **IT IS ORDERED**:

(1) That judgment is entered in favor of Defendants;

(2) That Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE;**

(3) That all pending motions are **DENIED AS MOOT;**

(4) That all scheduled proceedings and deadlines are **CONTINUED GENERALLY;**

(5) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY;** and

(6) That this action is **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET.**

1

**EXHIBIT C**

This the 28th day of September, 2018.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge