| AOC-840 | Doc. Code: OFID | | Case No. | 16-P-01353 |
| Rev. 12-02 | 09/19/2016 03:18 PM |  | Court | District Probate |
| Page 1 of 1 | Ver. 1.01 | | County | Fayette |
| Commonwealth of Kentucky Court of Justice www.kycourts.net KRS 395.105; 395.110 | | **ORDER APPOINTING FIDUCIARY** | | |

IN RE: Estate of **Mark Samir Sawaf**

*ENTERED ATTEST: VINCENT RIGGS, CLERK*
*OCT 19 2016*
*FAYETTE CIRCUIT CLERK*
*BY _____ DEPUTY*

Upon hearing the Petition of **Ali H. Sawaf**,

the Court appoints **Ali H. Sawaf**

to act as **ADMINISTRATOR** of said estate and fixes bond in the sum of $ *16,500*

☐ with approved Surety  OR  ☑ with Surety having been waived.

Date: **OCT 19 2016**, 2____

_____
**Judge's Signature**

---

**To be completed on copies only:**

**CERTIFICATE OF QUALIFICATION**

I, **VINCENT RIGGS**, Clerk of the **FAYETTE** District Court, certify this is a true and correct copy of the Order Appointing Fiduciary as recorded in my office. This Order and Qualification is in full force and effect. **SAID ORDER HAS NOT BEEN REVOKED AND IS STILL IN FULL FORCE AND EFFECT.**

Date: **01/29**, 20**19**

_____ Clerk
**Debra Vogt**, D.C.

**EXHIBIT F**