| AOC-060<br>Rev. 9-99<br><br>Commonwealth of Kentucky<br>Court of Justice | <br>**CERTIFICATION**<br>**OF COURT RECORDS** | Case No. **16-P-01353**<br>County **FAYETTE**<br>Court **DISTRICT/PROBATE** |
|---|---|---|

I, **Vincent Riggs** Clerk of the **Fayette** Court, do certify that the following are true and correct copy(s) of the **Certified copy of the Petition**

For the Estate of: **Mark Samir Sawaf**

as recorded in the Office of the Circuit Clerk of **Fayette** County.

In TESTIMONY WHEREOF witness my hand as Clerk aforesaid, this the **31st** day of **January**, **2019**.



_____Vincent Riggs_____
Clerk

By: _____C. Thomason_____ D.C.

**EXHIBIT G**

AOC-805    Doc. Code: PPW
Rev. 10-05    or PWF
Page 1 of 3

Commonwealth of Kentucky
Court of Justice   www.courts.ky.gov
KRS 394.145; KRS 395.015



FILED
ST. VINCENT RIGGS CLERK
SEP 19 2016
FAYETTE CIRCUIT CLERK
BY _____ DEPUTY

Case No. 16-P-01353
Court _____ District/Probate
County _____ Fayette

**PETITION**

**IN RE: Estate of** Mark Samir Sawaf, unmarried without children

**Decedent's Information:** SSN: ▮▮▮    e: ▮▮ 76    Date of Death: 8 11 16

Last Address: ▮▮▮

Decedent died: [X] Intestate (without a Will)    [ ] Testate (with a Will)

**PETITION FOR**
   [ ]   **PROBATE OF WILL**
   [X]   **APPOINTMENT OF ADMINISTRATOR/ADMINISTRATRIX**
   [ ]   **APPOINTMENT OF EXECUTOR/EXECUTRIX**

Petitioner states there has been no previous administration in the Decedent's estate in Kentucky or elsewhere. Further, Petitioner states that the statements in the caption are true, and that the names of the surviving spouse, heirs at law and next of kin known to Petitioner are as follows (use additional paper if necessary):

**Name:** ~~Ali H. Sawaf~~    **Relation:** Father    **Age:** 75
**Address:** ▮▮▮

**Name:** _____    **Relation:** _____    **Age:** _____
**Address:** _____

**Name:** _____    **Relation:** _____    **Age:** _____
**Address:** _____

Decedent owned/had interest in the following **real estate** with estimated market values as noted:

3925 Harwick Circle, Lex.    $85,000
215 Horton Street, Harlan, Ky.    $50,000.00

**Estimated Total:** $ 135,000

Decedent owned/had interest in the following **personal property** with estimated market values as noted:

2006 Maserati - $10,000; 2013 Toyota Prius - $12,000
Trophies, clothing, furnishings - $4,500; claims arising
out of decedent's homicide          **Estimated Total:** $ 26,500

Petitioner is indebted to or owes Decedent $ 0.00 .

[ ]   Petitioner applies for probate of Decedent's Will, filed herewith, which is his/her Last Will and Testament.

[X]   Petitioner prays ___Ali H. Sawaf_____, whose address is
_____

be appointed [ ] Executor/Executrix [X] Administrator/Administratrix of said estate and who offers as surety on the bond the following: _____. All the foregoing statements are true.

**Petitioner's Signature:** _____   Phone N_____

Petitioner's Name (Printed): ___Ali H. Sawaf_____

Petitioner's Address: _____

Subscribed and sworn before me by Petitioner on ___9-19___, 20_16_. My commission will expire: ___6-22___, 20_17_.   _____
notary public   Name/Title

This certifies this Petition was prepared or subscribed by the undersigned in accordance with the meaning and tenor of Kentucky Civil Rule No. 11. **(Attorney must prepare and present separate Order of Probate or complete Order on Page 3 of this Petition). (To be filled in duplicate).**

**Attorney's Signature:** _____   Phone No.: _____

Attorney's Name (Printed): _____

Address: _____

**WAIVER**

We, the undersigned, surviving spouse and next of kin of the above-named Decedent, resident of _____ County, Kentucky, hereby waive notice of the hearing of the Petition and if applicable, the presentation of said Decedent's Will for probate and/or appointment of fiduciary, and request the Court to appoint _____ as [ ] Executor/Executrix [ ] Administrator/Administratrix.