UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON
NO. 6:19-CV-0020-CHB

*-Electronically Filed-*

| | |
|---|---|
| ALI SAWAF, Individually, and as the Administrator of the Estate of MARK S. SAWAF, Deceased | )<br>)<br>) |
| Plaintiffs | ) |
| v. | )<br>) |
| LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT; BRAD DOBRZYNSKI; MATT GREATHOUSE; CLAYTON ROBERTS; and UNKNOWN EMPLOYEES of the LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT DIVISION of POLICE and FIRE DEPARTMENT/PUBLIC SAFETY | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants | ) |

## NOTICE OF ENTRY OF APPEARANCE

Comes the Defendant, Brad Dobrzynski, in his individual capacity, and hereby gives notice that Derrick T. Wright and L. Scott Miller of Sturgill, Turner, Barker & Moloney, PLLC, will be entering their appearance for purposes of all future pleadings and orders in this case, and it is respectfully requested that the clerk and counsel direct or copy all future pleadings and orders in the case to the attention of Derrick T. Wright and L. Scott Miller , at the same address and telephone number as co-counsel. Defense counsel Charles D. Cole shall remain on all pleadings and certificates of service.

Respectfully submitted,

STURGILL, TURNER, BARKER
& MOLONEY, PLLC

/s/ Charles D. Cole
CHARLES D. COLE
DERRICK T. WRIGHT
L. SCOTT MILLER
333 West Vine Street, Suite 1500
Lexington, KY 40507
(859) 255-8581
ccole@sturgillturner.com
smiller@sturgillturner.com
ATTORNEYS FOR DEFENDANT,
BRAD DOBRZYNSKI

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and served on counsel of record via the CM/ECF system.

/s/ Charles D. Cole
ATTORNEY FOR DEFENDANT,
BRAD DOBRZYNSKI

x:\wdox\clients\65712\0001\pleading\01073113.docx