**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

**CASE NO. 6:19-CV-00020-CHB**

*Electronically Filed*

**ALI H. SAWAF, individually, and as the Administrator**
**of the Estate of MARK S. SAWAF, deceased,**                            **Plaintiffs,**

vs.    **SAWAF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND**

**LEXINGTON-FAYETTE URBAN COUNTY**
**GOVERNMENT, BRAD DOBRZYNSKI, et al.,**                                **Defendants.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COMES NOW,** Plaintiff Ali H. Sawaf, by counsel, pursuant to Rule 6 of the Federal Rules of Civil Procedure, and moves that the Court enter an Order granting him an extension of time through and including April 6, 2019 within which to respond to Defendants' Motions to Dismiss pursuant to Fed. R. Civ. Pro. 12(b)(6). A proposed Order accompanies this Motion.

On February 14, 2019, Plaintiff's Counsel obtained an agreement with defense counsel wherein defense counsel most graciously agreed Plaintiff have an extension of time to respond to Defendants' Motions to Dismiss. Due to Plaintiff's counsel's declining health, that accompanying Motion for Extension and proposed Order were never circulated or filed with the court. Plaintiff's counsel, Doug Asher, is a sole practitioner, without support from any associates. His ability to respond to Defendants' motions to dismiss sooner is limited, due to healthcare problems that have required him to be under the care of a physician. For the above stated reasons, the Plaintiff most humbly moves this honorable Court to grant Plaintiff until and through April 6, 2019 to respond to Defendants' Motions to Dismiss.

WHEREFORE, Plaintiff, Ali H. Sawaf, by counsel, respectfully prays that the Court will grant this Motion and such other and further relief to which he may be entitled.

Respectfully submitted,

/s/  Douglas E. Asher, II
Douglas E. Asher, II
Asher Law Office
P. O. Box 1466
Harlan, Kentucky 40831
Phone: (606) 273-8769
E-Mail: asherlaw39@yahoo.com
Counsel for Plaintiff Ali H. Sawaf

### Certificate of Service.

The undersigned herby certifies that the foregoing pleading was served on the 15th day of March, 2019, using the CM/ECF system, to counsel of record named below:  Barbara A. Kriz, Kriz, Jenkins, Prewitt & Jones, P.S.C., 200 West Vine Street, Suite 710, P.O. Box 499, Lexington, Kentucky 40588 (Counsel for LFUCG, Matt Greathouse and Clayton Roberts) and Charles D. Cole, L. Scott Miller, Sturgill, Turner, Barker & Maloney, PLLC., 333 West Vine Street, Suite 1500, Lexington, Kentucky 40507 (Counsel for Defendant Brad Dobrzynski).

/s/  Douglas E. Asher, II