UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

CASE NO. 6:19-CV-00020-CHB

*ELECTRONICALLY FILED*

**ALI H. SAWAF, individually, and as the Administrator
of the Estate of MARK S. SAWAF, deceased,**                                                    **Plaintiff,**

vs.   **ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF
TIME WITHIN WHICH TO RESPOND TO DEFENSE MOTIONS TO DISMISS**

**LEXINGTON-FAYETTE URBAN COUNTY
GOVERNMENT, BRAD DOBRZYNSKI, et al.,**                                                    **Defendants.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Plaintiff's Motion for an Extension of Time to Respond to Defendant's Motions to Dismiss is before the Court for decision.  The Court having reviewed the Motion, knowing that Plaintiff's counsel has health problems, and being otherwise sufficiently advised, the Court hereby GRANTS the Motion.  It is hereby ORDERED that Plaintiff shall have through and including April 6, 2019 within which to respond to Defendants' Motions to Dismiss under Fed. R. Civ. Pro. 12(b)(6).

Enter this _____ day of March, 2019.

/s/ _____
United States District Judge

Prepared and presented:

/s/  Douglas E. Asher, II
Douglas E. Asher, II
Asher Law Office
P. O. Box 1466

Harlan, Kentucky 40831
Phone: (606) 273-8769
E-Mail: asherlaw39@yahoo.com

Reviewed and approved:

 /s/  Barbara A. Kriz
Barbara A. Kriz
Kriz, Jenkins, Prewitt & Jones, P.S.C.
200 West Vine Street, Suite 710
P. O. Box 499
Lexington, Kentucky 40588
Phone: (859) 255-6885, Ext. 114
E-Mail: bkriz@kjpjlaw.com

Counsel for Defendants, LFUCG, Matt Greathouse and Clayton Roberts

 /s/  Charles D. Cole
Charles D. Cole
L. Scott Miller
Sturgill, Turner, Barker & Maloney, PLLC.
333 West Vine Street, Suite 1500
Lexington, Kentucky 40507
Phone: (859) 255-8581
E-mail: ccole@sturgillturner.com
smiller@sturgillturner.com

Counsel for Defendant, Brad Dobrzynski