UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON
NO. 6:19-CV-0020-CHB

*-Electronically Filed-*

| | |
|---|---|
| ALI SAWAF, Individually, and as the Administrator of the Estate of MARK S. SAWAF, Deceased | ) ) ) |
| Plaintiffs | ) |
| v. | ) ) |
| LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT; BRAD DOBRZYNSKI; MATT GREATHOUSE; CLAYTON ROBERTS; and UNKNOWN EMPLOYEES of the LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT DIVISION of POLICE and FIRE DEPARTMENT/PUBLIC SAFETY | ) ) ) ) ) ) ) ) ) |
| Defendants | ) |

## DEFENDANTS' JOINT MOTION TO SUBMIT MOTIONS TO DISMISS

Come the Defendants, by counsel, and jointly move the Court to submit their Motions to Dismiss for a final decision. As grounds for this joint Motion, Defendants submit the following:

The deadline for the Plaintiff to respond to the Defendants' pending Motions to Dismiss (D.E. 05 and D.E. 06) expired on April 6, 2019 (*see* Order at D.E. 09) and no response was filed by the Plaintiff. On April 9, 2019, counsel for Defendant Dobrzynski, Charles Cole, confirmed with Plaintiff's counsel, Doug Asher, that Plaintiff was not going to file a Response to the Defendants' Motions. Therefore, Defendants' Motions to Dismiss are now ripe for consideration and the Court is respectfully requested to submit those pending Motions for a final decision.

Respectfully submitted,

STURGILL, TURNER, BARKER
& MOLONEY, PLLC

/s/ Charles D. Cole
CHARLES D. COLE
L. SCOTT MILLER
DERRICK T. WRIGHT
333 West Vine Street, Suite 1500
Lexington, KY 40507
(859) 255-8581
ccole@sturgillturner.com
smiller@sturgillturner.com
dwright@sturgillturner.com
ATTORNEYS FOR DEFENDANT,
BRAD DOBRZYNSKI

/*s/* Barbara Kriz (w/permission)
Kriz, Jenkins, Prewitt & Jones, P.S.C.
200 West Vine Street, Suite 710
P.O. B 499
Lexington, KY 40588
(859) 255-6885, EXT. 114
bkriz@kjpjlaw.com
ATTORNEYS FOR DEFENDANTS, LFUCG,
MATT GREATHOUSE AND CLAYTON
ROBERTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and served on counsel of record via the CM/ECF system.

/s/ Charles D. Cole
ATTORNEY FOR DEFENDANT,
BRAD DOBRZYNSKI

x:\wdox\clients\65712\0001\pleading\01101682.docx