UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON
NO. 6:19-CV-0020-CHB

*-Electronically Filed-*

| | |
|---|---|
| ALI SAWAF, Individually, and as the Administrator of the Estate of MARK S. SAWAF, Deceased | )<br>)<br>) |
| Plaintiffs | ) |
| v. | )<br>) |
| LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT; BRAD DOBRZYNSKI; MATT GREATHOUSE; CLAYTON ROBERTS; and UNKNOWN EMPLOYEES of the LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT DIVISION of POLICE and FIRE DEPARTMENT/PUBLIC SAFETY | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants | ) |

**ORDER**

This matter having come before the Court on the Defendants' Joint Motion to Submit the pending Motions to Dismiss (D.E. 05 and D.E. 06) for a final decision, the Court having reviewed the record and otherwise being sufficiently advised, IT IS HEREBY ORDERED as follows:

1. The Defendants' Motions to Dismiss are hereby submitted to the Court's Chamber for review and a final decision.