UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| ALI SAWAF, Individually and as the Administrator of the Estate of Mark S. Sawaf, ) ) ) | Civil Action No. 6:19-CV-020-CHB |
| Plaintiff, ) ) | |
| v. ) ) | **ORDER GRANTING DEFENDANTS' JOINT MOTION TO SUBMIT MOTIONS TO DISMISS** |
| LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT, et al., ) ) ) | |
| Defendants. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on Defendants' Joint Motion to Submit Motions to Dismiss [R. 10]. Having reviewed the motion, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Defendants' Joint Motion to Submit Motions to Dismiss [**R. 10**] is **GRANTED**, and the Defendants' Motions to Dismiss [R. 5; R. 6] stand submitted to the Court for review and final decision.

This the 19th day of April, 2019.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY