UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| ALI SAWAF, INDIVIDUALLY AND AS THE ADMINISTRATOR OF THE ESTATE OF MARK S. SAWAF,<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT, et al.,<br><br>Defendants. | Civil Action No. 6:19-CV-020-CHB<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Counsel for Plaintiff was ordered to show cause on April 26, 2019, why this action should not be dismissed pursuant to Fed. R. Civ. P. 4(m) for failure to serve the summons and complaint upon the remaining defendants within 90 days after the filing of the complaint. [R. 12]. No such response having been filed, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. This matter is **DISMISSED WITHOUT PREJUDICE** for failure to comply with Fed. R. Civ. P. 4(m) and this matter is **STRICKEN** from the Court's active docket.

This the 12th day of August, 2019.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY